AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 2252(a)(4)(B) -
Possession of Child Pornography
(One Count)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
10 years imprisonment; $250,000 fine; $100 special assessment; minimum 5 years and up to lifetime supervised release.

**DEFENDANT - U.S.**
▶ ARSENIO HUQUERIZA

DISTRICT COURT NUMBER
CR 08 0119

*FILED FEB 28 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?   ☐ Yes   ☐ No    If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

PIH

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Erika R. Frick  ERF

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment   ☒ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**
FEB 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

**CR 08 - 0119**

ARSENIO HUQUERIZA

**PJH**

DEFENDANT(S).

---

## INDICTMENT

---

A true bill.    _INDICT_

_____
Foreman

Filed in open court this 28 FEB day of 2008

**Brenda Tolbert**
Clerk

HON. NANDOR VADAS

Bail, $ No process

1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 08 0119 |
|---|---|
| Plaintiff, | ) VIOLATION: 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography |
| v. | ) |
| ARSENIO HUQUERIZA, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

On or about August 10, 2007, in the Northern District of California, the defendant,

ARSENIO HUQUERIZA,

did knowingly possess at least one matter, that is, two computer hard drives and twelve recordable compact discs, which contained at least one visual depiction that had been shipped and transported in interstate and foreign commerce, by computer, where the producing of such visual depictions, as he knew, involved the use of a minor engaging in sexually explicit conduct

//

//

INDICTMENT

1 | //

2 | and such visual depictions were of such conduct, in violation of Title 18, United States Code,

3 | Section 2252(a)(4)(B).

5 | DATED: 2-28-08                     A TRUE BILL.

   |                                   *[signature]*
   |                                   FOREPERSON

9 | JOSEPH P. RUSSONIELLO
   | United States Attorney

   | *[signature]*
12 | KYLE F. WALDINGER
   | Deputy Chief, Major Crimes Section

14 | (Approved as to form: *[signature]* )
   |                       AUSA Frick

INDICTMENT                              2