UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** March 26, 2008                                                                 **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0119 PJH

**Case Name:**   UNITED STATES   v.   ARSENIO HUQUERIZA (Present)

**Attorney for Plaintiff:**   Erika Frick
**Attorney for Defendant:**   David Butler

**Deputy Clerk:**  Nichole Heuerman                          **Court Reporter**: Jim Yeomans

**Pretrial Services:** Betty Kim


**PROCEEDINGS**

   Trial Setting-Held.  The government updates the court regarding discovery.  The parties request to continue the matter to give defense counsel more time to have the discovery reviewed at the U.S. Attorney's office is granted by the court.  Time is excluded from 3/26/08 to 4/16/08 for effective preparation of counsel.   The government to prepare order regarding exclusion of time.


   Defense counsel's request to modify the condition of  release that the defendant  surrender all guns to the ICE Agent is granted by the court.  Pretrial Services informs the court that there is no agency or police department that will take possession of the guns and then return them to the defendant once the case is over.  Defendant's mother Conchita Huqueriza appears in court and agrees to take possession of the guns and to make sure the defendant does not have any access to them.  The condition of release is modified and the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon and Conchita Huqueriza shall be custodian of the guns.

**CASE CONTINUED TO:** April 16, 2008 at 2:30 p.m.  for Trial Setting .


------------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 3/26/08 Ends 4/16/08
------------------------------------------------------------------------------------------------------------------------



**cc:** chambers