UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 16, 2008                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0119 PJH

**Case Name:**   UNITED STATES   v.   ARSENIO HUQUERIZA (Present)

**Attorney for Plaintiff:**   Erika Frick
**Attorney for Defendant:**   David Butler

**Deputy Clerk:**  Nichole Heuerman                **Court Reporter**: Joan Columbini

**PROCEEDINGS**

Trial Setting-Held.  Defense counsel's request for an addition two week continuance to receive a medical report on defendant is granted by the court.  The court informs the parties that a briefing schedule for motion or trial date will be set at the next hearing.  Time is excluded from 4/16/08 to 4/30/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** April 30, 2008 at 2:30 p.m.  for Trial/Motion Setting .

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 4/16/08 Ends 4/30/08
-------------------------------------------------------------------------------------------------------------------

**cc:** chambers