UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 30, 2008                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0119 PJH

**Case Name:** UNITED STATES   v.   ARSENIO HUQUERIZA (Present)

**Attorney for Plaintiff:** Erika Frick
**Attorney for Defendant:** David Butler

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Joan Columbini


**PROCEEDINGS**

Trial Setting-Held.  Defense counsel informs the court that he plans to file a motion to suppress.  The motions shall be filed by 5/14/08 and noticed for hearing on 6/18/08 at 2:30 p.m. The court sets a Trial date of 8/11/08 and Pretrial Conference date of 7/23/08.  Time is excluded from 4/30/08 to 5/14/08 for effective preparation of counsel. The government to prepare order regarding exclusion of time.


**CASE CONTINUED TO:** June 18, 2008 at 2:30 p.m.  for Defendant's Motion to Suppress .

--------------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 4/30/08 Ends 5/14/08
--------------------------------------------------------------------------------------------------------------------------

**cc:** chambers