UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: June 25, 2008**                                    **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-08-0119 PJH**

**Case Name:    UNITED STATES   v.  ARSENIO HUQUERIZA (Present)**

**Attorney for Plaintiff:    Erika Frick**
**Attorney for Defendant:  David Butler**

**Deputy Clerk:**  Nichole Heuerman                **Court Reporter**: Debra Pas

**PROCEEDINGS**

    Change of Plea-Held.  The defendant enters into an open plea.  The defendant is sworn.  The court finds the defendant to be fully competent and capable of entering into an informed plea.  The plea is knowing and voluntary.  The court finds a factual basis for the plea.  The defendant enters a plea of guilty as to the sole count of the indictment.  The plea is accepted by the court.  The defendant is adjudged guilty of the offense.

    Defendant withdraws the pending motion to suppress.  The trial date and pretrial conference date are VACATED.

    The government's motion to remand defendant into custody-Held.  The defendant will not be remanded today.  The plea proceedings remain open and the matter is continued 30 days for completion of plea and remand of defendant into custody.  The matter will be set on the court's 1:30 calendar.

**CASE CONTINUED TO: July 30, 2008 at 1:30 p.m.  for Completion of Plea and Remand**.

**cc:** chambers