UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 30, 2008      **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0119 PJH

**Case Name:** UNITED STATES v. ARSENIO HUQUERIZA (Present)

**Attorney for Plaintiff:** Erika Frick
**Attorney for Defendant:** David Butler

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Debra Pas

**PROCEEDINGS**

    Completion of Plea and Remand of Defendant-Held.  The open guilty plea entered on 6/25/08 is completed.  The defendant is remanded into custody.  The case is referred to probation to conduct a presentence investigation.

    The bond is hereby exonerated.

**CASE CONTINUED TO:** October 29, 2008 at 1:30 p.m.  for Sentencing.

**cc:** chambers; finance